**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2109**

---

A.B. CARTER, INCORPORATED,

                              Plaintiff - Appellee,

        versus

FABRIC RESOURCES INTERNATIONAL, LIMITED,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Graham C. Mullen, Chief District Judge.   (CA-97-549-3-MU)

---

Submitted:  April 20, 2000          Decided:  June 16, 2000

---

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John P. Mann, Jr., MANN LAW FIRM, Greenville, South Carolina; Jack D. Drum, GARLAND & DRUM, P.A., Gastonia, North Carolina, for Appellant.  Raboteau T. Wilder, Jr., Wallace C. Hollowell, III, Alan D. McInnes, KILPATRICK STOCKTON, L.L.P., Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fabric Resources International, Ltd., appeals the district court's order denying its motion to dismiss or in the alternative to set aside the default judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See A.B. Carter, Inc. v. Fabric Resources International, Ltd., No. CA-97-549-3-MU (W.D.N.C. Apr. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED